# Exhibit A:

Front cover of the TSA 2024 impact report



The Salvation Army of Greater Charlotte

## 2024 IMPACT REPORT

IN THIS ISSUE

From College Grad to Homeless *p10*     A Special Report on Hurricane Helene Response *p14*  +  How You Can Help This Year