# Exhibit B (Page 10)

National Donor Impact Report showing unauthorized use of Plaintiff likeness.

**HOMELESSNESS**

# From College Grad to Homelessness

*Ebony Lucas's story proves that homelessness is a reality that can happen to anyone.*

Ebony Lucas grew up in a family of educators. From an early age, she knew that education created opportunities but those were limited in the small town she called home in South Carolina.

They were even more limited when she became a mother at the age of 18.

"With me being a teenage mom, I was not expected to get a college degree. I was not expected to thrive or achieve anything," said Lucas. "I was a teenage statistic."

That didn't stop her from furthering her education. With the help of her family, Lucas graduated from Shaw University in Raleigh, N.C., with a degree in Elementary Education. She taught in North Carolina, eventually settling in Charlotte, where she gave birth to her second child.

Diagnosed with autism at the age of three, her son faced special needs that led to difficulties at school.

Her son was told he could not longer ride the bus, which was his only way to school, so Lucas resigned from her job to care for him. With no income flowing in and Lucas's savings drying up, she and her son faced something no mother wants to explain – homelessness.



"It was a new experience for me. Not only was it new, but I also had to bring my son along," she said. "I was trying to figure out – Will he understand what was going on? Would he think that this was a long vacation? How do I explain to him that we are literally homeless?"

Lucas's social worker suggested The Salvation Army for assistance.

"I was skeptical at first because I was like, really, someone is going to help us. Because I have been on my own for so long," said Lucas. "But I went down to the shelter to do an intake assessment and they [Center of Hope] got the ball rolling."

The Salvation Army follows a housing-first model, reflecting best practices from across the nation for permanently moving families out of homelessness. Last year, The Salvation Army of Greater Charlotte rapidly rehoused more than 250 households, providing rental subsidies while individuals gained employment or worked to increase their income. Eighty-five percent of Salvation Army clients exited this short-term program into permanent housing.

The Salvation Army enrolled Lucas in the Rapid Rehousing Program, where she worked with the shelter's social workers to find and maintain permanent housing. The organization temporarily secured a hotel room for Lucas and her son while they worked together to find a more permanent situation. During that time, Lucas received assistance from her social worker, and she had access to counseling, food pantries, and laundry services – free of charge. The Salvation Army also helped pay the upfront fees to help Lucas secure an apartment.

Today, Lucas and her son are enjoying their new home, transforming their space with new decorations and cherished items that were tucked away for quite a while.

"[The Salvation Army's staff] were committed to getting the end goal, and the end goal was to get me to a place that I was comfortable," she said.

**IMPACT REPORT | 10**

Case 3:26-cv-00238-MOC-WCM    Document 3-2    Filed 03/24/26    Page 1 of 2

# Exhibit B (Page 11)Continued

National Donor Impact Report showing unauthorized use of Plaintiff and minor child's likeness. ***This photo includes my minor child. For privacy and protection, his face has been redacted.***



"I do have a degree. I am educated, but even someone who is educated might fall on hard times."



Scan to hear more from Ebony about her journey.

## Did You Know?

| | |
|---|---|
| **3,200+** | People in Charlotte currently experiencing homelessness, an increase of around 15 percent from one year ago. |
| **290** | Average number of women, children and veterans who sleep at The Salvation Army Center of Hope on any given night. |
| **124** | Average number of days residents stay at the Center of Hope shelter. |
| **271** | The number of households rehoused through The Salvation Army's Rapid Rehousing program, which provides rental subsidies while individuals gain employment or work to increase their income and savings. |
| **95%** | The percentage of households who do not return to the program within six months. |