# Exhibit C (Page 3)

My Unauthorized usage of story and photo in TSA 2024 National impact Publication
***This photo includes minors. For privacy and protection, all other faces have been redacted. The image is included solely to demonstrate the context of the situation discussed in this case.***

# Features



## 10

## 12



### From College Grad to Homeless

Ebone Lucas inspires with her story of overcoming the odds and finding stability for her and her son.

### Finally Time to Reflect

After retirement, Deonda Metz looks back on more than 30 years of leading The Salvation Army's homeless support programs.



## 14



## 18



## 20

### Desperate for Power

A special report on The Salvation Army's critical work following the devastation of Hurricane Helene.

### Carving Her Own Path

Briana Higgins shares about her family, her experience at the Youth Center and her future plans.

### Finding True Freedom After Incarceration

Volunteer Lisa Knox spent much of her life in prison. Today she gives back by inspiring women at the Center of Hope and showing them a better way.

Looking Back at 2024..................................................................................................4
By the Numbers........................................................................................................6
7 Ways The Salvation Army Serves in Charlotte................................................7
Better the Future Campaign Update....................................................................22
2024 Financial Report............................................................................................23
How You Can Be Involved......................................................................................24

Case 3:26-cv-00238-MOC-WCM    Document 3-3    Filed 03/24/26    Page 1 of 1